UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

LITE COOKIES, LTD., INC.,

    Plaintiff / Counterdefendant,

v.                                                                                         Case No.: 08-cv-1172-RLP-WDS

TASSY & ASSOC., INC.,

    Defendant / Counterclaimant.

ORDER EXTENDING
CASE MANAGEMENT DEADLINES

The Court, upon review of Plaintiff's Unopposed Motion to Modify Case Management Deadlines (Doc. 94), and being otherwise well and fully advised, finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the Motion to Modify Case Management Deadlines and extend them for 120 days (Doc. 94) is GRANTED.

_____
THE HON. W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE