IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

———————

**LITE COOKIES LIMITED, d/b/a JOSEPH'S
LITE COOKIES, d/b/a L&J LITE COOKIES**,

    Plaintiff,

    v.                                                          Civ. No. 08-1172 BB/WDS

**TASSY & ASSOCIATES, INC., d/b/a T&T
CONSULTING, a/k/a T&T CONSULTING &
ENGINEERING, INC.,**

    Defendant.

## O R D E R

    A memorandum opinion having been filed in this case,

    IT IS ORDERED that Defendant's Motion for summary judgment (Doc. 108) is hereby GRANTED as to Counts II and III, and DENIED as to Courts I and IV.

    Dated this 1st day of September, 2011.

                                                                       BRUCE D. BLACK
                                                                       UNITED STATES DISTRICT JUDGE